# UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

U.S.A. vs. JAMAR HAYMES           Docket No. 3:02CR00085(EBB)

## PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW**, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Jamar Haymes who was sentenced to 72 months' imprisonment followed by five years' supervised release for Conspiracy to Possess With Intent to Distribute Cocaine and Cocaine Base, a violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) and 846, by the Honorable Ellen Bree Burns, Senior United States District Judge sitting in the court at New Haven, Connecticut on April 9, 2003, who fixed the period of supervision at five years, which commenced on June 15, 2007 and imposed the general terms and conditions theretofore adopted by the Court:1) The defendant shall participate in a substance abuse treatment program, either inpatient or outpatient, as approved by the probation officer, which may include urinalysis testing to determine if the defendant has used drugs or alcohol. The defendant shall pay all, or a portion of, the costs associated with treatment based on his ability to pay, in an amount to be determined by the probation officer; 2) The defendant shall not consume alcohol; 3) The defendant shall participate in mental health counseling, either inpatient or outpatient, as approved by the probation officer. He shall pay all or a portion of the costs associated with treatment, based upon his ability to pay, in an amount to be determined by the probation officer; and 4) The defendant must take all prescribed medication as directed by a physician. Failure to follow the prescribed medication schedule shall result in a violation of the terms of supervised release. Mr. Haymes' supervision commenced on June 15, 2007, and concludes on June 14, 2012.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

The defendant is being cited for violating the following condition of supervised release:

<u>Charge No. 1: Standard Condition</u>: "The defendant shall not commit another Federal, State, or local crime."

On June 7, 2008, at approximately 12:15 a.m., Bridgeport police officers currently assigned to the Neighborhood Enforcement Team were traveling East on Stratford Avenue and observed four to eight males loitering in front of Mr. B's Pool Hall, located on 1410 Stratford Avenue. This location is notorious for narcotics, firearm possession, and assaults. The police officers approached the unidentified males and they quickly cleared out of the area because loitering or trespassing is not allowed. Jamar Haymes continued walking East bound on Stratford Avenue. As the officers approached the offender, they noticed that he had something clinched tightly in his left hand. The offender was asked to stop, but he refused. He was asked numerous times to comply with the commands of the officers. Finally, they exited their vehicles and observed the offender placing something in his mouth and chewing on it. Mr. Haymes was placed on the ground by the officers and handcuffed, and was advised that he was being charged with Interfering. The officers discovered two empty zip lock baggies that had a strong smell of marijuana, however, no residue was found. However, the police officers discovered that the offender had $2,100.00 on his person. Mr. Haymes was issued a misdemeanor summons for 53a-167a Interfering with an Officer. His next court date is scheduled for June 23, 2008 in Bridgeport Superior Court.

On June 13, 2008, at approximately 10:20 p.m., Bridgeport police officers currently assigned to the Neighborhood Enforcement Team, were conducting a surveillance of Mr. B's Pool Hall, because residents in the area made complaints about loitering and suspected drug activity. The officers observed an individual suspected of distributing narcotics walking in and out of the pool hall. This individual was apprehended and it was discovered that he had $442.00 dollars on his person. The police officers entered the pool hall, where the smell of marijuana emanated throughout the entire room. One of the officers began to speak to Mr. Haymes. The offender, like the rest of the individuals in the pool hall, was asked to sit on the floor until they were identified. Mr. Haymes was observed moving about and he reached into his rear pockets. He was asked several times to remain still, however, he refused. The officers asked the offender to stand up and he agreed to be patted down for weapons. The police officer observed three small clear twist tied bags containing 0.7 grams of crack cocaine. In addition, $275.00 was also seized from the offender. The offender was charged with Possession of Narcotics, in violation of 21a-279a, which carries a maximum prison sentence of 25 years, a fine of $250,000, or both. In addition, the offender was charged with Possession of Narcotics With Intent to Sell, in violation of 21a-278b, which carries a maximum sentence of three years. The offender was released on a $10,000 non-surety bond on June 16, 2008. His next court date is July 15, 2008, in Bridgeport Superior Court.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve as a summons directing Jamar Haymes to appear before this court at New Haven, Connecticut, on _July 17 2008 at 10 a.m._ to show cause why supervision should not be revoked.

**ORDER OF COURT**

Considered and ordered this 8rd day of July 2008, and ordered filed and made a part of the records in the above case.

/s/ Ellen B. Burns

The Honorable Ellen Bree Burns
Senior United States District Judge

Sworn to By

Christopher Rogers
United States Probation Officer

Place _New Haven, Ct._

Date _July 8, 2008_

Before me, the Honorable Ellen Bree Burns, Senior United States District Judge, on this 8rd day of July 2008, at New Haven, Connecticut, U.S. Probation Officer Christopher Rogers appeared and under oath stated that the facts set forth in this petition are true to the best of his knowledge and belief.

/s/ Ellen B. Burns

The Honorable Ellen Bree Burns
Senior United States District Judge