UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

7/17 08
M. Ruocco

USA
vs.
Jamar Haymes

Case Number: 3:02cr85(EBB)

### APPOINTMENT OF THE FEDERAL PUBLIC DEFENDER'S OFFICE
### PURSUANT TO THE PROVISIONS OF
### THE CRIMINAL JUSTICE ACT OF 1964, AS AMENDED

The defendant has sworn under oath or affirmed as to his/her financial inability to employ counsel and has expressed the desire that counsel be provided by the Court to represent him/her, pursuant to the provisions of the Criminal Justice Act of 1964 as amended.

The office of the Federal Public Defender is appointed to represent the defendant and has been notified of this appointment.

The Court has appointed __Gary Weinberger__ from the Federal Public Defender's Office to represent the defendant. Counsel is directed to file an appearance on or before __July 24__, 2008.

Dated at New Haven, Connecticut, this 17th day of July, 2008

/s/ Ellen Bree Burns, SUSDJ
_____
Ellen Bree Burns, Senior U.S.D.J.