Viol-Hrg(May 22, 2007)

HONORABLE Ellen Burns
DEPUTY CLERK M. Ruocco (RPTR)ECRO/TAPE K. Paradis
USPO C. Rogers                      INTERPRETER _____

TOTAL TIME: ____ hours  11  minutes
DATE  7/17/08   START TIME  10:10   END TIME  10:21

CR. No. 3:02cr85    DEFT #  1

UNITED STATES OF AMERICA
§
§                  R. Spector   AUSA
vs.              §                  H. Chen
§
Jamar Haymes    §                  G. Weinberger   [P]
                                    Counsel for Defendant: CJA (C), Ret (R), PDA (P)

### PROBATION/SUPERVISED RELEASE VIOLATION HEARING

[X] SUPERVISED RELEASE   [ ] PROBATION   [ ] COMPLIANCE HEARING (check one)

- [ ] Deft arrested on _____
- [ ] Deft failed to appear, Bench warrant to issue
- [ ] Violation Hrg continued until _____ at _____
- [ ] Deft admits violation
- [X] CJA 23 Financial Affidavit filed [ ] sealed by the Court.
- [X] Court appoints Gary Weinberger to represent defendant [ ] for this proceeding [X] for entire proceeding; CJA Appointment date: _____
- [X] Order appointing Federal Public Defender's Office filed
- [ ] Court finds deft [ ] has [ ] has not violated terms of [ ] probation [ ] supervised release
- [X] Probation/Supervised Release [ ] revoked [X] continued [ ] modified
- [ ] ____ months imprisonment on Count(s)_____
- [ ] Upon release the defendant shall be on supervised release for a term of _____ years/months
- [ ] [ ] Supervised release [ ] probation continued for a period of _____ years/months on count(s) _____
- [ ] Deft shall pay a fine of $_____ on Count(s)_____ to be paid by _____
- [ ] Court recommends incarceration at _____
- [ ] Deft shall pay $ _____ per month for the cost of [ ] incarceration [ ] supervised release [ ] community confinement (Halfway House)
- [ ] Deft shall refrain from any use or unlawful possession or distribution of a narcotic drug.
- [ ] Deft ordered to surrender on _____ to [ ] U.S. Marshal [ ] institution
- [ ] Bond [ ] continued [ ] set at $_____ [ ] Non-surety [ ] Surety [ ] PR
- [ ] Violation sentencing set for _____
- [ ] Deft detained
- [X] Oral motion for law student intern to appear - granted
- [X] Deft. will enter program (Apt program) for drug treatment. Court will continue hearing to 4-6 mos. or earlier if necessary

[ ] SEE CONDITIONS OF SUPERVISED RELEASE/PROBATION ON REVERSE